March 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MARTAVIOUS SENTEL NEWSON, Appellant

NO. 14-15-00035-CV                 V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 29, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Martavious Sentel Newson.

We further order this decision certified below for observance.